McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>THEODORE A. VASSILAKIDIS,<br><br>            Defendant. | Case No. 5:20-po-00072-JLT<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

DATED:  August 27, 2020                               Respectfully submitted,

                                                                        McGREGOR W. SCOTT
                                                                        United States Attorney

                                                       By:     /s/ Philip N. Tankovich
                                                                        PHILIP N. TANKOVICH
                                                                        Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **August 27, 2020**                    /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE